**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-083-8 (CKK)** |
| | : | |
| **RANDALL LANCE,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF**
**PRETRIAL DETENTION FOR DEFENDANT RANDALL LANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in support of its oral motion that defendant Randall Lance be detained pending trial pursuant to 18 U.S.C. §§ 3142(f)(1)(C) (offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*) and 3142(f)(1)(E) (a felony offense that involves the possession or use of a firearm or other dangerous weapon) of the federal bail statute. The Government requests that the following points and authorities, as well as any other facts, arguments and authorities presented at the detention hearing, be considered in the Court's determination regarding pretrial detention.

**INTRODUCTION**

The charged offenses and additional investigation by law enforcement reveal that the defendant, Randall Lance, is an active and armed member of a crew that illegally distributes large quantities of marijuana in and around Washington, D.C. At the time of the June 15, 2021, search warrant described herein, Lance was unlawfully in possession of multiple firearms (including a machinegun) in connection with possession with intent to distribute marijuana at a residence rented

1

by the crew for that purpose. Lance's possession of firearms was unlawful and poses a clear danger to the safety of the community. In addition, the circumstances of the premises during the search warrant – including large bags of marijuana, a digital scale, numerous "LA Dank" marijuana bags and packaging materials, U.S. currency, and the firearms in close proximity – plainly evidence that these firearms are connected to the large-scale distribution of marijuana by Lance and others.

Lance is currently charged in Counts 1 and 18 of the superseding Indictment (ECF No. 45), each of which create a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of the community. 18 U.S.C. §§ 3142(e)(3)(A), 3142(e)(3)(B). Each charge also carries significant potential penalties for Lance – specifically, a 5-year mandatory minimum term of imprisonment. And if Lance is convicted of both Counts 1 and 18, he faces a mandatory minimum sentence of 10 years of imprisonment. Therefore, Lance faces very significant penalties in this case.

This investigation has revealed that Lance's course of armed drug dealing is serious and dangerous. It also demonstrates Lance's repeated disregard for the rule of law, including clear non-compliance with firearms restrictions and a disregard for the safety of others. For the reasons set forth below, the Government submits that Lance should be held without bond pending trial to ensure the safety of the community and his appearance at future court proceedings for this case.

## PROCEDURAL HISTORY AND APPLICABLE AUTHORITY

On August 4, 2022, a federal grand jury returned a superseding indictment charging Randall Lance and eight co-defendants for multiple violations related to marijuana trafficking and firearms offenses. (ECF No. 45.) All nine co-defendants, including Lance, are charged with Conspiracy to Distribute and Possess with Intent to Distribute Over 100 Kilograms of Marijuana

(Count 1). In addition, Lance was charged with Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 18). (*Id.*)

An Initial Appearance for Lance was held on September 14, 2022, at which the Government moved for Lance's pretrial detention pursuant to 18 U.S.C. §§ 3142(f)(1)(C) and 3142(f)(1)(E).

The Government respectfully submits that Lance is a danger to the community and a flight risk. The Government must establish by clear and convincing evidence that a defendant is a danger to the community. *United States v. Peralta*, 849 F.2d 625, 626 (D.C. Cir. 1988). The Government must establish by preponderance of the evidence that a defendant poses a risk of flight. *United States v. Vortis*, 785 F.2d 327, 328-29 (D.C. Cir. 1986). The Government may proceed by way of proffer at a detention hearing. *United States v. Smith*, 79 F.3d 1208, 1209-10 (D.C. Cir. 1996).

Section 3142(g) provides that the Court should consider and weigh the following four factors in determining whether to detain a defendant pending trial:

(1)     the nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a firearm;

(2)     the weight of the evidence against the defendant;

(3)     the history and characteristics of the defendant, including but not limited to criminal history and whether, at the time of the current offense or arrest, the defendant was on release pending trial for an offense under Federal, State, or local law; and

(4)     the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

18 U.S.C. § 3142(g). In consideration of the facts and circumstances of this case, the Government respectfully submits that there is no condition or combination of conditions that would assure the safety of the community and Lance's appearance at future proceedings. Therefore, Lance should be detained pending trial in this case pursuant to 18 U.S.C. § 3142(e)(1).

3

## ANALYSIS

I. **Nature and Circumstances of the Charged Offenses**

The instant charges against Lance and his eight co-defendants relate to FBI investigation concerning the "LA Dank DMV" or "DC Dank" crew, who between at least May 2021 and December 2021, conspired to distribute and possess with intent to distribute large quantities of marijuana in and around Washington, D.C. The investigation revealed that the crew utilized websites, Instagram, and other social media and communications platforms to advertise and sell large quantities of marijuana to customers. The crew also used rental properties and other locations to store, transfer, and sell large quantities of marijuana to each other and the crew's customers.

Importantly, the investigation also revealed that the co-defendants, including Lance, possessed numerous firearms in furtherance of their drug trafficking activities. Specifically, law enforcement has seized approximately 19 firearms from crew members, their residences, and stash locations during the course of the investigation – four of which were discovered at a rental house being utilized by the crew to sell large quantities of marijuana during a June 2021 search warrant where Lance was present. Five of the firearms found in the possession of co-defendants or at crew stash locations – including one of the four firearms in Count 18 seized during June 2021 search warrant – have been tested and confirmed to function as fully automatic firearms (machineguns). In addition, the investigation has led to the discovery and seizure of seven additional machinegun conversion devices from a location associated with co-defendant Joe Blyther. Altogether, the investigation has revealed substantial evidence of a strong connection between the co-defendants' possession of firearms in furtherance of their drug trafficking.

The investigation revealed substantial Instagram records of the co-defendants advertising marijuana for sale during the relevant period. For example, on June 23, 2021, the Instagram

account *ladankswave*, utilized by co-defendant Abubakr Banire (aka "Swave"), displayed an Instagram story showing advertisements for "LA Dank DMV" with a menu of marijuana available for sale including by strain, quantity, and price:

 

Additional examples of advertisements regarding the sale of marijuana displayed by the *ladankswave* Instagram account during July 2021 and August 2021 are depicted below:



***ladankswave* Instagram story displayed on July 7, 2021**

5



***ladankswave*** **Instagram story displayed on July 23, 2021, tagging Instagram accounts used by co-defendants Avery Bost, Joe Blyther, and Christphoer Akinduro**



***ladankswave*** **Instagram story displayed on August 18, 2021**

The investigation revealed that Randall Lance utilized Instagram account name *paper_chasing_lambo*, which also displayed advertisements for the sale of marijuana and other content related to the crew's drug trafficking activities. For example, on June 16, 2021, Lance's Instagram account displayed an Instagram story that showed a video of LA Dank Marijuana packaging and tagging LA Dank Instagram account "@ladankcodmv" as depicted below:

6



*paper_chasing_lambo* **Instagram story displayed on June 16, 2021**

Similarly, on July 16, 2021, Lance's Instagram account displayed an Instagram story by the LA Dank DMV Instagram account *ladankcodmv* that stated "Happy BirthRite to Our Guy @paper_chasing_lambo" and "Everyone Havin Motion On They Own":



*paper_chasing_lambo* **Instagram story displayed on June 16, 2021**

7

On July 23, 2021, co-defendant Abubakr Banire's *ladankswave* Instagram account displayed an Instagram story depicting a post by Lance's Instagram account (showing a photograph of Lance) that stated "Everybody Havin Motion" and "Whole Lotta Dank Shit #Dankwayyy":



*ladankswave* **Instagram story displayed on July 23, 2021 depicting a**
*paper_chasing_lambo* **Instagram post and photograph of Lance**

On December 15, 2021, Lance's Instagram account displayed an Instagram story with the following advertisement for the sale of marijuana:



*paper_chasing_lambo* **Instagram story displayed on December 15, 2021**

Lance's Instagram account records revealed numerous posts, stories, and other content related to LA Dank DMV marijuana menus and advertising marijuana for sale, LA Dank DMV crew members, and related content as depicted in part below:











Lance's Instagram account also advertised pills, which appear to be oxycodone (a Schedule II Controlled Substance), for sale on multiple occasions, including but not limited to as depicted below:

 

*paper_chasing_lambo* **Instagram story and post**

Lance's Instagram account records also revealed multiple posts that appear to advertise a potential bank fraud scheme, as depicted below:

 

Law enforcement also discovered an Instagram story saved to Lance's Instagram account, which tagged Lance's Instagram account stating "@paper_chasing_lambo [snake, check, and heart emojis] love you Soulja" and depicted Lance in the driver's seat of a vehicle with a firearm:

 

*shiddoeedasteppa* **Instagram story tagging Lance's Instagram Account**

The investigation also revealed multiple text message chains utilized by co-defendants, including Lance, and other crew members to coordinate the crew's drug trafficking activities, including but not limited to advertisements, deliveries, rental and stash locations, and sales of marijuana. Specifically, the investigation revealed multiple messages sent by/to Lance and other crew members in furtherance of the crew's marijuana distribution activities.

For example, on a device named seized from co-defendant Joe Blyther, law enforcement discovered messages including, but not limited to, the following messages on a text chain called "Dc Dank Full Members" (Lance's messages are identified under contact "Mike Upt"):

12



*May 29, 2021 Messages between Lance and Banire about "OG" marijuana strain sales*



***June 3, 2021 Messages between Butler (indicating a purchaser is
incoming to stash location) and Lance (acknowledging)***



***June 3, 2021 Messages between Lance and Others referencing marijuana sales
at the crew's current stash house ("the spot")***



***June 10, 2021 Messages between Lance and Others referencing marijuana sales
at the crew's current stash house***

On June 15, 2021, a crew member sent photographs of Lance holding a large amount of currency inside of a residence, as depicted below:



Lance's Instagram account records revealed a post and photographs of Lance in the same location:

 

Significantly, on June 15, 2021, law enforcement executed a search warrant issued by the Circuit Court for Prince George's County, Maryland, at this location – 1928 Whistling Duck Drive, Upper Marlboro, Maryland – after conducting surveillance and observing multiple LA Dank DMV crew members and purchasers traveling to and from the premises. The search revealed that the residence was an Airbnb rental unit utilized by the crew as a stash house to store, package, and sell large quantities of marijuana. Law enforcement found six persons – including Lance – inside the residence at the time of the search. Law enforcement also located four firearms inside, including: (1) an AR pistol-style privately made firearm ("PMF"); (2) a Century Arms Ras 47; (3) a Zastava Arms firearm; and (4) a Glock-style 9mm PMF. The firearms are depicted below:



***Firearms Recovered at Whistling Duck Drive***

Law enforcement also recovered approximately 51 pounds of marijuana, marijuana packaging, ammunition, firearm magazines, a money countering machine, and approximately $13,359 in United States currency from inside the residence. Importantly, one of the seized PMF firearms was subsequently test fired and determined to be fully a fully automatic machinegun.

At the time of the search, the firearms were located out in the open on the living room floor, TV table, and sofa, surrounded by LA Dank marijuana, packaging, and distribution supplies, as shown below:



 

The crew had also set up a video surveillance system to monitor the exterior of the residence:

 

Large quantities of marijuana, LA Dank marijuana packaging, distribution supplies, and United

States currency were located and seized throughout the premises, as depicted in part below:

 

17

  

  

In addition, law enforcement discovered multiple items belonging to co-defendant Banire in the residence, including Banire's United States Passport and a United Airlines tag that had Banire's name on it and showed travel from Los Angeles Airport to Washington Dulles Airport on June 8, 2021. Law enforcement also reviewed photos of individuals who observed the residence while law enforcement conducted the search. Law enforcement identified Banire as one of the individuals who appeared at the scene and observed the residence during the search.

Indeed, On June 16, 2021, Banire texted the "Dc Dank Full Members" to warn the crew about law enforcement's search at the premises and to notify that fellow crew members (such as Lance) were not charged:



*June 15-16, 2021 Messages from Banire to crew members*

As set forth above, the nature and circumstances of the offenses strongly demonstrate that Randall Lance was in possession of numerous dangerous firearms in connection with large-scale distribution of marijuana, which demonstrates his danger to the community and therefore strongly supports his detention pending trial in this case.

## II.   **Weight of the Evidence Against the Defendant**

Based on the Government's investigation to date, the weight of the evidence against Randall Lance in this case is strong and provides further support for pretrial detention. Law enforcement has discovered detailed records of the crew's marijuana trafficking activities, including multiple Instagram posts/stories and text messages to/from Lance and other crew members. In addition, Lance's presence at the LA Dank DMV crew's Airbnb rental stash house at the time of the June 15, 2021, search warrant, as well as the photographs and social media posts of Lance at the location, reveal a strong connection between Lance, the location, and the crew's marijuana trafficking conspiracy. The circumstances of the stash house as revealed at that the time of the search – specifically, Lance's constructive possession of multiple firearms (including an automatic machinegun and two PMFs) laying out in the open inside the location, surrounded by

large quantities of marijuana and distribution supplies, also establishes a strong connection between Lance's possession of multiple firearms during, in relation to, and in furtherance of his drug trafficking. Together, the social media, text messages, and large quantities of marijuana, packaging, and related materials discovered in the Airbnb residence strongly evidence that Lance was conspiring to distribute and possess with the intent to distribute large quantities of marijuana with the crew.

## III.    **The Defendant's History and Characteristics**

Although Lance does not have criminal history, this investigation demonstrates that Lance's drug distribution and illegal firearms possession are a significant escalation to serious and ongoing criminal activity. In addition, as set forth above, Lance's Instagram records also reveal evidence of possession with intent to distribute oxycodone tablets and bank fraud schemes. Such illegal drug distribution and fraudulent conduct emphasizes the depth and consistency of Lance's criminal conduct, neither of which supports a finding that Lance would comply with conditions of release in this case. Lance's escalated armed drug distribution activity creates strong concerns for the safety of the community and the defendant as a flight risk, which demonstrates that detention pending trial is appropriate in this case.

## IV.    **Danger to the Community**

The nature and circumstances of the charged offenses strongly indicate that Lance's armed drug distribution activities pose an ongoing danger to the community. As set forth above, the instant offenses involved Lance's involvement in a conspiracy to distribute large quantities of marijuana in and around Washington, D.C., with the co-defendants and other known and unknown associates. Importantly, the investigation also revealed that Lance possessed numerous firearms – including a machinegun – in connection with his drug trafficking. The pattern of armed drug

trafficking evidenced by Lance in this case is a potentially dangerous and violent combination that poses a significant risk to the safety of the community. As a result, this factor also strongly weighs in favor of pretrial detention.

## **CONCLUSION**

For the foregoing reasons and any presented at the detention hearing for this matter, the Government respectfully submits that the Court should grant the Government's motion to detain defendant Randall Lance pending trial because he has demonstrated that he is a danger to the community and a flight risk.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: _/s/ Thomas G. Strong_
   Thomas G. Strong
   Assistant United States Attorney
   601 D Street NW
   Washington, DC 20530
   thomas.strong@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on September 18, 2022.

By:      _/s/ Thomas G. Strong_
         Thomas G. Strong
         Assistant United States Attorney